No. 472.   OVE GUSTAVSSON CONTRACTING CO., INC., *v.* BROWNE & BRYAN LUMBER CO., INC., ET AL., 371 U. S. 942;

No. 597.   WIGHT ET AL. *v.* MONTANA-DAKOTA UTIL-ITIES CO., 371 U. S. 962;

No. 627.   AEROVIAS INTERAMERICANAS DE PANAMA, S. A., ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF DADE COUNTY, FLORIDA, 371 U. S. 961; and

No. 359, Misc.   ODELL *v.* BURKE, WARDEN, 371 U. S. 963.   Petitions for rehearing denied.

No. 566, Misc.   MARTINEZ *v.* UNITED STATES, 371 U. S. 969.   After consideration of petitioner's reply brief, petition for rehearing denied.

No. 528.   RIDDELL, DISTRICT DIRECTOR OF INTERNAL REVENUE, *v.* MONOLITH PORTLAND CEMENT CO., 371 U. S. 537.   Petition for rehearing denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this application.

MARCH 4, 1963.

No. 368.   RETAIL CLERKS INTERNATIONAL ASSOCIA-TION, LOCAL 1625, AFL–CIO, ET AL. *v.* SCHERMERHORN ET AL.   Certiorari, 371 U. S. 909, to the Supreme Court of Florida; and

No. 404.   NATIONAL LABOR RELATIONS BOARD *v.* GEN-ERAL MOTORS CORP.   Certiorari, 371 U. S. 908, to the United States Court of Appeals for the Sixth Circuit. The motion of American Federation of Labor et al. for leave to file a brief, as *amici curiae,* is granted.   The motion of American Federation of Labor et al. for leave to argue, as *amici curiae,* is denied.   MR. JUSTICE GOLD-